**STATE of Missouri, Respondent,**

v.

**Randy MILES, Appellant.**

No. WD 52565.

Missouri Court of Appeals,
Western District.

Dec. 10, 1996.

Judith C. LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Breck K. Burgess, Asst. Attys. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BRECKENRIDGE and HANNA, JJ.

**ORDER**

PER CURIAM.

The defendant appeals from his conviction by a jury of the class C felony of possession of a controlled substance in a correctional institute, § 217.360.1(1), RSMo 1994, and his sentence as a persistent offender, §§ 558.016, 557.036.4, RSMo 1994. Affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**William A. BURST, Appellant.**

No. WD 51832.

Missouri Court of Appeals,
Western District.

Dec. 10, 1996.

Rebecca L. Kurz, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

**ORDER**

PER CURIAM.

William A. Burst appeals his convictions for one count of murder in the first degree and one count of murder in the second degree. We affirm. Rule 30.25(b).